UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60544-CIV-DIMITROULEAS

GLADYS E. SOLTREN,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

This Court's Order of March 15, 2011 [DE 5] directed the parties to confer and submit a Joint Scheduling Report and Joint Proposed Scheduling Order within thirty-five (35) calendar days of the first responsive pleading by the last responding defendant. Defendant submitted its Answer on May 9, 2011. The latest a joint scheduling report should have been filed was June 13, 2011. The parties have not submitted the required filing.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause why this case should not be dismissed for failure to follow this Court's Order, and shall further file a status report by June 21, 2011, as to the status of this case. Failure to timely file a status report as ordered shall result in dismissal of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of June, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record