UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 011-60544-CIV-DIMITROULEAS/Snow

GLADYS E. SOLTREN,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.        /

## JOINT SCHEDULING REPORT

Plaintiff, Gladys E. Soltren, and Defendant, Hartford Life and Accident Insurance Company, pursuant to Local Rule 16.1 of the Rules of the Southern District of Florida, submit their Joint Scheduling Report and discovery plan. The categories set forth below correspond to those set forth in Local Rule 16.1(B).

## DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff proposes the exchange of initial disclosures by **July 15, 2011.**

1.    Plaintiff's Discovery Plan – Plaintiff plans to serve request for production of documents, interrogatories, requests for admissions, and third party subpoenas to the extent necessary and relevant to this ERISA action. Additionally, Plaintiff intends to depose various representatives and agents of the Defendant who have knowledge of the issues raised in the Complaint, expert witnesses and other individuals with knowledge of relevant facts, to the extent

1

allowed by ERISA and pursuant to the Supreme Court case, <u>Metlife v. Glenn</u>, 552 U.S. 1161, 128 S. Ct 1117 (Mem) U.S., 2008.

2.      Defendant's Discovery Plan – Defendant contends that, as this matter is governed by ERISA, discovery is limited. Defendant does not agree that Plaintiff is entitled to the discovery indicated above. Defendant reserves the right to undertake discovery including, but not limited to, serving interrogatories, requests for admission and requests for production to Plaintiff.

### A. **LIKELIHOOD OF SETTLEMENT**

Settlement discussions will be pursued although the possibility of settlement at this time is unknown.

### B. **LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES**

None at this time.

### C. **PROPOSED LIMITS OF TIME**

1.      To join parties and amend pleadings – **July 29, 2011.**

2.      To complete discovery – **November 11, 2011.**

3.      File dispositive motions- **December 9, 2011.**

4.      Non-jury trial- on or after **February 13, 2012.**

### D. **PROPOSALS FOR FORMULATION AND SIMPLIFICATION OF ISSUES**

The parties have no proposals for the formulation or simplification of issues at this time.

### E. **NECESSITY OF AMENDMENTS TO PLEADINGS**

The parties do not anticipate any amendments to the pleadings at this time, but reserve the right to do so as provided by the Federal Rules of Civil Procedure.

### F.  COOPERATION ON THE EVIDENTIARY ISSUES

The parties agree to cooperate on evidentiary issues, to stipulate to the admissibility of evidence, to limit the need for any advance rulings from the Court on questions of admissibility of evidence, and to agree to seek such advance rulings when necessary to avoid any undue delay at trial.

### G.  SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE

The parties agree to cooperate to avoid unnecessary proof and cumulative evidence.

### H.  NEED FOR REFERRAL TO A MAGISTRATE

The parties do not object to the referral of discovery matters to the Magistrate Judge.

### I.  PROJECTED TIME FOR TRIAL

Trial of this matter is a Non-Jury Trial.

Plaintiff & Defendant agree that trial would be 1 day.

### J.  PROPOSED DATES FOR FINAL PRETRIAL CONFERENCE AND TRIAL

1. Final Pretrial Conference – on or after **February 6, 2012**

2. Non-Jury Trial – on or after **February 13, 2012**

### K.  OTHER INFORMATION

None at this time.

Dated: June 14, 2011                                              Dated: June 14, 2011

By: */s/ Gregory M. Dell*                                    By: */s/ Jonathan M. Fordin*
GREGORY M. DELL, ESQ.                              JONATHAN M. FORDIN, ESQ.
Fla. Bar No. 299560                                            Fla. Bar No. 371637
DELL & SCHAEFER                                           SHUTTS & BOWEN LLP
Attorneys for Plaintiff                                         Attorneys for Defendant

| | |
|---|---|
| 2404 Hollywood Blvd. | 201 South Biscayne Boulevard Suite 1500 |
| Hollywood, FL 33020 | Miami, FL 33131 |
| (954) 620-8300 | (305) 347-7390 |
| (800) 531-8935 | (305) 247-7790 |
| gdell@diattorney.com | jfordin@shutts.com |