UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 011-60544-CIV-DIMITROULEAS/Snow

GLADYS E. SOLTREN,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.                    /

**PROPOSED SCHEDULING ORDER**

After consideration of the parties' Joint Scheduling Report and pursuant to Local Rule 16.1(B)(2) of the Rules of the Southern District of Florida, it is hereby ORDERED AND ADJUDGED that:

(a) The case is assigned to the standard track.

(b) Deadline to complete all discovery: **November 11, 2011**

(c) Deadline to Join Additional Parties and Amend Pleadings: **July 29, 2011**

(d) File case dispositive motions - **December 9, 2011**

(e) Complete mediation – **October 1, 2011**

(f) File initial Trial Briefs (Parties will rely on dispositive motions as trial briefs)- **n/a**

(g) File responses to Trial Briefs- **n/a**

(h) Motions in Limine   - **December 12, 2011**

(i) File the Joint Pretrial Stipulation – **December 22, 2011**

(j) Final Pretrial Conference – **February 6, 2012**

  (k)  Trial – **February 13, 2012**

                       _____
                       U.S. DISTRICT COURT JUDGE

Copies furnished to:
All Counsel