UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 011-60544-CIV-DIMITROULEAS/Snow

GLADYS E. SOLTREN,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, GLADYS E. SOLTREN by and through her undersigned counsel, pursuant to this Court's Order to Show Cause dated, June 14, 2011, hereby serves this Response and, as grounds, states as follows:

1. The parties spoke and engaged in preliminary discussions regarding the filing of the Joint Scheduling Report and Joint Proposed Order.

2. Plaintiff failed to file the Joint Scheduling Report and Joint Proposed Order as we were waiting for a response from the Defendant.

3. Due to this miscommunication and calendaring error within Plaintiff counsel's office, the deadline to file the Joint Scheduling Report and Joint Proposed Order pursuant to Local Rule 16.1.B.2 was inadvertently missed.

4. Plaintiff's counsel acknowledges and agrees to timely abide by any future deadlines and obligations imposed by the Court and Local Rules.

WHEREFORE, for good cause shown, the parties respectfully request this Court to accept the Joint Scheduling Report and Joint Proposed Order contemporaneously filed with this Response and to proceed with this matter in due course.

Dated: June 14, 2011

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14TH day of June, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to JONATHAN M. FORDIN, ESQ., Shutts & Bowen, LLP, 201 S. Biscayne Blvd., 15th Floor, Miami, FL, 33131.

*S/Gregory M. Dell*
GREGORY M. DELL, ESQ.
Florida Bar No: 299560
gdell@denslaw.com
ALEXANDER PALAMARA, ESQ.
Florida Bar No: 37170
alex@diattorney.com
**ATTORNEYS DELL AND SCHAEFER, CHARTERED**
Attorneys for Plaintiff
2404 Hollywood Boulevard
Hollywood, FL  33020
Telephone: (954) 620-8300
Facsimile: (954) 922-6864