UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11:60544-CV-DIMITROULEAS/SNOW

GLADYS E. SOLTREN,

 Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

 Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Gladys E. Soltren, and Defendant, Hartford Life and Accident Insurance Company, by and through their respective undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear her/its own attorneys' fees and costs.

Dated this **22nd** day of November, 2011.

| | |
|---|---|
| s/. Alexander Palamara | s./ Jonathan M. Fordin |
| Alexander Palamara, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 37170 | Florida Bar No. 371637 |
| alex@diattorney.com | jfordin@shutts.com |
| Dell & Schaefer | SHUTTS & BOWEN LLP |
| 2404 Hollywood Boulevard | 201 South Biscayne Blvd. |
| Hollywood, FL 33020 | 1500 Miami Center |
| Telephone: 954-620-8300 | Miami, Florida 33131 |
| Facsimile: 954-922-6864 | Telephone: 305-347-7390 |
| *Attorneys for Plaintiff* | Facsimile: 305-347-7790 |
| | *Attorneys for Defendant* |

MIADOCS 5850769 1